IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV161 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KATHLEEN R. HENDERSON, | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon Plaintiff's Motion for Dismissal, filing 6,

IT IS HEREBY ORDERED that Plaintiff's motion is granted, and the Complaint is dismissed without prejudice.

DATED this 12th day of September, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE